UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-cr-00285

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| **DEVONTE KEITH** | ) | |
| **Defendant** | ) | |

Upon the motion of the Defendant DEVONTE KEITH, and for the reasons outlined in the Defendant's Motion to Seal, it is hereby ORDERED that Docket Entry Number 28 be sealed until such time as otherwise unsealed by the Court.

IT IS SO ORDERED this __27__ day of April 2017.

JAMES C. DEVER III
Chief United States District Judge