UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-cr-00285

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   **ORDER TO SEAL** |
| | ) |
| **DEVONTE KEITH** | ) |
|         **Defendant** | ) |

Upon the motion of the Defendant DEVONTE KEITH, and for the reasons outlined in the Defendant's Motion to Seal, it is hereby ORDERED that Docket Entry Number 38 be sealed until such time as otherwise unsealed by the Court.

IT IS SO ORDERED this __7__ day of July 2017.

_____
JAMES C. DEVER III
Chief United States District Judge