UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-cr-00285

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| DEVONTE KEITH ) | |
| Defendant ) | |

Upon the motion of the Defendant DEVONTE KEITH, and for the reasons outlined in the Defendant's Motion to Seal, it is hereby ORDERED that Docket Entry Number ___ be sealed until such time as otherwise unsealed by the Court.

IT IS SO ORDERED this __12__ day of July 2017.

JAMES C. DEVER III
Chief United States District Judge